# EXHIBIT 1



## United States of America


*To Promote the Progress*


*of Science and Useful Arts*

### The Director

of the United States Patent and Trademark Office has received an application for a patent for a new, original, and ornamental design for an article of manufacture. The title and description of the design are enclosed. The requirements of law have been complied with, and it has been determined that a patent on the design shall be granted under the law.

Therefore, this United States

## Patent

grants to the person(s) having title to this patent the right to exclude others from making, using, offering for sale, or selling the design throughout the United States of America or importing the design into the United States of America for the term set forth by law.

*Katherine Kelly Vidal*

DIRECTOR OF THE UNITED STATES PATENT AND TRADEMARK OFFICE

## Maintenance Fee Notice

No maintenance fees are required in design patents.

## Patent Term Notice

If the application for this patent was filed on or after May 13, 2015, the term of this patent is 15 years from the date of grant of this patent, subject to any disclaimer under 35 U.S.C. 253. If the application for this patent was filed prior to May 13, 2015, the term of this patent is 14 years from the date of grant of this patent, subject to any disclaimer under 35 U.S.C. 253.

Form PTO-379C (Rev 09/17)



US0D1034847S

# (12) United States Design Patent
## Zhang

(10) Patent No.: **US D1,034,847 S**
(45) Date of Patent: ★★ **Jul. 9, 2024**

(54) **REVERSIBLE PLUSH TOY**

(71) Applicant: **SHENZHEN QINGYI TECHNOLOGY CO., LTD**, Shenzhen (CN)

(72) Inventor: **Zhiwei Zhang**, Shenzhen (CN)

(**) Term: **15 Years**

(21) Appl. No.: **29/889,299**

(22) Filed: **Apr. 11, 2023**

(51) **LOC (14) Cl.** .............................................. **21-01**

(52) **U.S. Cl.**
USPC ........................................ **D21/655**; D21/584

(58) **Field of Classification Search**
USPC ...... D21/576, 587, 588, 468, 475, 658, 584, D21/604, 605, 398, 405, 655; D6/598; D11/157, 158, 159, 162; D30/160
CPC ... A63H 3/00; A63H 3/02; A63H 3/06; A63H 3/28
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | | |
|---|---|---|---|---|
| D478,364 S | * | 8/2003 | Steele-Kurtin | D21/655 |
| D709,144 S | * | 7/2014 | Johnson | D21/655 |
| D709,145 S | * | 7/2014 | Johnson | D21/655 |
| D819,147 S | * | 5/2018 | Johns | D21/684 |
| D822,127 S | | 7/2018 | Badie | |
| D836,168 S | | 12/2018 | Badie | |
| D860,337 S | | 9/2019 | Badie | |
| D973,151 S | * | 12/2022 | Yang | D21/621 |
| D973,152 S | * | 12/2022 | Yang | D21/621 |
| D1,016,935 S | * | 3/2024 | Lin | D21/655 |

FOREIGN PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| EM | 000933254-0001 | * | 6/2008 |

OTHER PUBLICATIONS

Cute Easter Bunny Plush Toy, amazon.ca, first available Mar. 9, 2023 [online], [site visited Jun. 21, 2023], Available from internet, URL: https://www.amazon.ca/Strawberry-Stuffed-Reversible-Plushie-Birthday/dp/B0BXX4LYR4 (Year: 2023).*
Mukorolee 2Pcs Plush Toy Pillow, nepal.ubuy.com, first available Mar. 10, 2023 [online], [site visited Jun. 21, 2023], Available from internet, URL: https://tinyurl.com/3257e2sy (Year: 2023).*
Mixdameny Easter Stuffed Cute Bunny, amazon.ca, first available Mar. 11, 2023, [online], [site visited Jun. 21, 2023], Available from internet, URL: https://www.amazon.ca/Mixdameny-Stuffed-Bunny%EF%BC%8CHide-Strawberry-%EF%BC%8CReversible/dp/B0BY39L75H (Year: 2023).*

(Continued)

*Primary Examiner* — Michael C Stout
*Assistant Examiner* — Thanh Luu Wong
(74) *Attorney, Agent, or Firm* — Daniel M. Cohn; Howard M. Cohn

(57) **CLAIM**

The ornamental design for a reversible plush toy, as shown and described.

**DESCRIPTION**

FIG. **1** is a perspective view of a reversible plush toy;
FIG. **2** is a front elevational view thereof;
FIG. **3** is a rear elevational view thereof;
FIG. **4** is a left side elevational view thereof;
FIG. **5** is a right side elevational view thereof;
FIG. **6** is a top plan view thereof; and,
FIG. **7** is a bottom plan view thereof.
The broken lines shown in the drawings illustrate portions of the reversible plush toy that form no part of the claimed design.

**1 Claim, 7 Drawing Sheets**



(56)     **References Cited**

OTHER PUBLICATIONS

Yizemay Reversible Plush Bunny Toy for Kids, amazon.co.uk, first available Mar. 15, 2023, [online], [site visited Jun. 21, 2023], Available from internet, URL: https://www.amazon.co.uk/Reversible-Stuffed-Bunnies-Plushie-Strawberries/dp/B0BYJ61JVF (Year: 2023).*
Youblek Bunny Stuffed Animal, amazon.com, customer review oldest Apr. 9, 2023 [online], [site visited Jun. 21, 2023], Available from internet, URL: https://www.amazon.com/YOUBLEK-Stuffed-Reversible-Strawberry-Decoration/dp/B0BYMX7WD4 (Year: 2023).*

* cited by examiner



FIG. 1



FIG. 2



FIG. 3



FIG. 4



FIG. 5



FIG. 6



FIG. 7